**William Oscar Olsen, appellee, v. John A. Levy, appellant. Gen. No. 28,788.**

Suit for possession. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

Hugh P. Lutz and Everett M. Swain, for appellant. Bulkley, More & Tallmadge, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Nick Chimpoulos, for use of Julius Rosenfeld, appellee, v. Tom Cerves and George D. Poulos, appellants. Gen. No. 28,810.**

Garnishment proceedings by judgment creditor contesting garnishee's answer of no funds. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed. Opinion filed March 10, 1924.

John A. Ulrich, for appellants. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**The Foreman Trust & Savings Bank, executor of the estate of Otto Pertsch, deceased, appellee, v. Margaret L. Chambers and Luther Allen, appellants. Gen. No. 28,846.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924.

Miles J. Devine, Frank H. Lennards, and E. J. Hauflaire, for appellants. Peden, Graydon, Kahn & Murphy, for appellee; David Silbert, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Harry Block, appellee, v. James H. Hooper, appellant. Gen. No. 29,088.**

Interlocutory petition to enjoin suits for forcible detainer, from transferring certain title, and from interfering with possession. Order granted. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924.

Charles E. Collins, for appellant. Cleland, Lee & Phelps and S. L. & Fred Lowenthal, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.